**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SHAUNT P. SIMONIAN,<br><br>          Plaintiff,<br><br>vs.<br><br>FCA US, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO.: 2:21-CV-00037 (AB) MAAx<br><br>US District Judge Andre Birotte, Jr.<br>Magistrate Judge Maria A. Audero<br>Courtroom: 7B<br><br>[**PROPOSED**] **ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:   November 30, 2020 |

The Court **GRANTS** the parties' Stipulation of Dismissal of Entire Action with Prejudice (Dkt. No. 16) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each side is responsible and shall bear its own costs, expenses, and attorneys' fees to the extent not addressed in the negotiated settlement.

    **IT IS SO ORDERED.**

DATED:   January 28, 2022

                                              Hon. Andre Birotte, Jr.
                                              United States District Court Judge